**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**


ALVESTER MILLER,
       Plaintiff,

v.                                  CASE NO. 6:13-CV-825-ORL-36KRS

COLONIAL LIFE & ACCIDENT
INSURANCE COMPANY,
       Defendant.

_____/

## **ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding (Doc. 16). In the Report and Recommendation, Magistrate Judge Spaulding recommends that Plaintiff, Alvester Miller's Motion to Remand (Doc. 13) be granted and that the case be remanded to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. *See* Doc. 16. Neither party objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that this case must be remanded because the Court does not have subject matter jurisdiction over the claims for breach of contract and declaratory relief. Defendant has failed to establish that the Policy in question is part of an ERISA plan. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.      Plaintiff's Motion to Remand (Doc. 13) is **GRANTED.**

3.      This case is **REMANDED** to the Circuit Court of the  Ninth Judicial Circuit in and for Orange County, Florida.

4.      The Clerk is directed to transmit a certified copy of this Order to the Clerk of  Court for the  Ninth Judicial Circuit, in and for Orange County, Florida.  The Clerk is further directed to terminate all pending motions and deadlines and CLOSE this case.

**DONE AND ORDERED** at Orlando, Florida, on September 11, 2013.

Charlene Edwards Honeywell
United States District Judge


**COPIES TO**:
COUNSEL OF RECORD AND PARTIES